**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

PRESSURE SPECIALIST, INC., an Illinois corporation,

v.

GAYTON CORPORATION, an Ohio corporation,

Case Number:

FILED: APRIL 15, 2008
08CV2152
JUDGE COAR
MAGISTRATE JUDGE NOLAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PRESSURE SPECIALIST, INC.

| | |
|---|---|
| NAME (Type or print) <br> Gary I. Blackman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Gary I. Blackman | |
| FIRM <br> Levenfeld Pearlstein, LLC | |
| STREET ADDRESS <br> 2 North LaSalle Street, Suite 1300 | |
| CITY/STATE/ZIP <br> Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6187914 | TELEPHONE NUMBER <br> 312/346-8380 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |