IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PRESSURE SPECIALIST, INC., an Illinois corporation, | ) ) ) ) No. ) FILED: APRIL 15, 2008 ) 08CV2152 ) JUDGE COAR ) MAGISTRATE JUDGE NOLAN ) ) ) |
| Plaintiff, | |
| vs. | |
| GAYSTON CORPORATION, an Ohio corporation, | |
| Defendant. | |

**RULE 7.1 DISCLOSURE STATEMENT**

    Pursuant to Fed. R. Civ. P. 7.1 and Rule 3.2 of the Local Rules of the Northern District of Illinois, Plaintiff certifies that there are no parent corporations of Pressure Specialist, Inc., and no publicly held company owns 10% or more of its stock.

    PRESSURE SPECIALIST, INC.

    By:_____/s/ Gary I. Blackman_____
            One of Its Attorneys

Gary I. Blackman (ARDC: 6187914)
Levenfeld Pearlstein, LLC
2 N. LaSalle Street, Suite 1300
Chicago, IL  60602
Tel: 312-346-8380
Fax: 312-346-8434
e-mail: gblackman@lplegal.com

LP 1610970.1 \ 35389-75041