IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| PRESSURE SPECIALIST, INC., an Illinois corporation, | ) ) ) | |
| | ) | No.  08 CV 2152 |
| Plaintiff, | ) ) | |
| vs. | ) ) | Judge David H. Coar |
| GAYSTON CORPORATION, an Ohio corporation, | ) ) ) ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Pressure Specialist, Inc. voluntarily dismisses the instant action against Defendant Gayston Corporation without prejudice.

Dated:  June 18, 2008

PRESSURE SPECIALIST, INC.

By:_____/s/ Gary I. Blackman_____
One of Its Attorneys

Gary I. Blackman (ARDC:  6187914)
Levenfeld Pearlstein, LLC
2 N. LaSalle Street, Suite 1300
Chicago, IL  60602
Tel: 312-346-8380
Fax:  312-346-8434
e-mail: gblackman@lplegal.com