## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Pressure Specialist Inc

                Plaintiff,

v.                                                  Case No.: 1:08–cv–02152
                                                       Honorable David H. Coar

Gayston Corporation

                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 24, 2008:

       MINUTE entry before the Honorable David H. Coar: Pursuant to the notice of dismissal, this case is dismissed without prejudice. The Rule 16(b) scheduling conference is stricken.Civil case terminated. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.